# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2763

_____

David N. Hannah, Jr.,                          *
                                               *
              Appellant,                       *
                                               *
       v.                                      *   Appeal from the United States
                                               *   District Court for the
Dora B. Schriro, Director Missouri             *   Eastern District of Missouri.
Department of Corrections; James A.            *
Gammon, Superintendent Moberly                 *        [UNPUBLISHED]
Correctional Center; Teresa Thornburg,         *
Assistant Superintendent, Moberly              *
Correctional Center,                           *
                                               *
              Appellees.                       *

_____

Submitted: December 4, 2000
     Filed:   December 8, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

       Missouri inmate David Hannah appeals the district court's[1] 28 U.S.C.

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

§ 1915A(b)(1) dismissal of his 42 U.S.C. § 1983 complaint.  Upon de novo review, <u>see</u> <u>Cooper v. Schriro</u>, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we agree with the district court that Hannah failed to allege sufficient facts to state a claim, <u>see</u> <u>Wishon v. Gammon</u>, 978 F.2d 446, 450 (8th Cir. 1992) (requirements for equal protection claim); <u>Springdale Educ. Ass'n v. Springdale Sch. Dist.</u>, 133 F.3d 649, 651 (8th Cir. 1998) (conclusory allegations insufficient to state claim under § 1983).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.